**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 22 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    17-10221 |
| Plaintiff-Appellee, | D.C. No. 4:14-cr-00507-FRZ |
| v. | |
| FRANCISCO GARCIA-GASTELUM, a.k.a. Francisco Garcia, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

Submitted August 15, 2018[**]

Before:      FARRIS, BYBEE and N.R. SMITH, Circuit Judges.

Francisco Garcia-Gastelum appeals from the district court's judgment

revoking his supervised release and challenges the six-month sentence imposed

upon revocation.  We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Garcia-Gastelum argues he should have received a downward variance due

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

to his previous mental incapacity. Because Garcia-Gastelum has fully served his custodial sentence and is not subject to an additional term of supervised release, we dismiss the appeal as moot. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999); *see also United States v. King*, 891 F.3d 868, 869–70 (9th Cir. 2018).

**DISMISSED.**